**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6098**

───────────────

HAROLD LONNIE ROBERSON,

Plaintiff - Appellant,

versus

WARDEN WITKOWSKI, Perry Correctional Insti-
tution; ASSOCIATE WARDEN BROCK, Perry Correc-
tional Institution; W. D. CATOE, Deputy
Director, Headquarters,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior Dis-
trict Judge. (CA-95-1561-3-10BC)

───────────────

Submitted: March 26, 1998          Decided: April 6, 1998

───────────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Harold Lonnie Roberson, Appellant Pro Se. Holly Saleeby Atkins,
Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Roberson v. Witkowski</u>, No. CA-95-1561-3-10BC (D.S.C. Sept. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>